IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WAYNE COLLINS,

     Plaintiff,                   No. CIV S-06-0790 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. On May 16, 2006, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). However, plaintiff has explained that the institution refused to provide the necessary documentation because he was due to be released on May 23. Based on his release, the court will direct that plaintiff be sent the form for moving for in forma pauperis status as a non-prisoner.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Non-Prisoner at the address plaintiff provided in the document filed as docket number 5.

DATED: June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
coll0790.3e

2